NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KARIM KELEMAN,                            )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-3379
                                          )
CATALINA PULECIO,                         )
                                          )
            Appellee.                     )
                                          )
_____       )

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Helinger, Judge.

Jane H. Grossman, St. Petersburg, for
Appellant.

Catalina Pulecio, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.